# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION ) | DOCKET NO. 3:06CV196 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DAVID N. ANDERSON, *et al.* ) | |
| ) | |

It is hereby ordered that the motion of the U.S. Attorney's Office to intervene in this matter is **GRANTED**.

It is further ordered that the motion of the U.S. Attorney's Office for a stay of discovery in this matter is **GRANTED** pending resolution of the criminal case captioned *United States v. David N. Anderson*, Docket No. 3:06CR75-V.

The Clerk is directed to certify copies of this Order to counsel for David Anderson, Nancy C. DiPietro, the United States Attorney's Office, and the Securities & Exchange Commission.

This the 17th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE