# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, | CASE NO. 3:06-CV-196 |
| Plaintiff, | ORDER |
| v. | |
| DAVID N. ANDERSON, et al. | |
| Defendants. | |

**THIS MATTER** comes before the Court on Defendant David N. Anderson's Motion for Stay and Extension of time for Filing Answer, Motion and/or Other Response to the Complaint. For good cause shown, this motion is **GRANTED**, and the date for Defendant David N. Anderson to answer, move and/or otherwise respond to the Complaint is hereby extended until thirty (30) days after the Government files and serves a notice in this case that the criminal action against David N. Anderson, Docket No. 3:06CR75-V, has been finally resolved.

The Clerk is directed to certify copies of this Order to counsel for David Anderson, Nancy C. DiPietro, the United States Attorney's Office, and the Securities & Exchange Commission.

**IT IS SO ORDERED.**          Signed: May 22, 2006

Graham C. Mullen
United States District Judge